Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820



Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

October 30, 2023



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/2023

**DELIVERED VIA ECF**
Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2550
New York, NY 10007

           **Case Title:**    *T. Eric Monroe v. Buzzfeed, Inc., et al.*
                                   1:23-cv-06234-CM
           **Re:**          **Request to Adjourn Initial Pretrial Conference**

Your Honor:

       This office represents Plaintiff T. Eric Monroe ("Plaintiff") in the above-referenced action. We write to respectfully request an adjournment of the initial pretrial conference currently scheduled for November 2, 2023, at 10:15 a.m. per the Court's Order of July 24, 2023 (Dkt. #8). On October 9, 2023, Plaintiff filed its First Amended Complaint adding Complex Media, Inc. as a Defendant. (Dkt. #16.) Because Defendant Complex Media, Inc.'s ("Defendant") counsel has yet to make a formal appearance in this action, the Plaintiff requests that the Initial Pretrial Conference in this matter be continued to allow Plaintiff's counsel to confer and prepare a proposed Civil Case Management Plan with Defendant's counsel. Defendant's counsel consents to this request.

       In light of the foregoing, the parties respectfully request that the Initial Pretrial Conference currently scheduled for November 2, 2023 be adjourned until November 24, 2023, or a date thereafter convenient for the Court. This is the parties' first request to adjourn the initial pretrial conference.

       We thank Your Honor for your consideration of this request.

                                       Respectfully submitted,

                          By:    */s/ Scott Alan Burroughs*
                                Scott Alan Burroughs
                                DONIGER / BURROUGHS
                                *Attorney for the Plaintiff*

*[Handwritten: Conference adjourned to 12/7/2023 at 9:45 am in person]*

                                **IT IS SO ORDERED.**
                                */s/ Colleen McMahon*
Dated: 11/1/2023              Honorable Colleen McMahon, U.S.D.J.

1